934 A.2d 1158

**PHILADELPHIA ENTERTAINMENT AND DEVELOPMENT PARTNERS, L.P., d/b/a Foxwoods Casino Philadelphia, Petitioner,**

v.

**CITY OF PHILADELPHIA and Department of Licenses and Inspections of City of Philadelphia, Respondents.**

Supreme Court of Pennsylvania.

Oct. 16, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of October, 2007, it is hereby ordered that Petitioner's above-referenced application for exercise of King's Bench jurisdiction is dismissed without prejudice. *Pennsylvania Gaming Control Board v. City Council of Philadelphia,* ("*PGCB v. City Council*") 593 Pa. 241, 928 A.2d 1255 n. 6 (2007) (discussing the application of the Court's King's Bench powers). It is also hereby ordered that Petitioner's above-referenced application for a temporary stay is dismissed as moot.